IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ELENA DEL ROCIO SINCHE-ATARIGUANA,** | § § § | |
| Petitioner, | § | EP-26-CV-00471-DB |
| v. | § § § | |
| **PAMELA BONDI**, *Attorney General, et al.*, | § § § | |
| Respondents. | § § | |

## ORDER

On this day, the Court considered the above-captioned case. On March 2, 2026, Respondents filed "Respondents' Status Report," ECF No. 6, advising the Court an Immigration Judge granted Petitioner's bond request and Petitioner was released on February 27, 2026.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than March 10, 2026.**

**SIGNED** this **3rd** day of **March 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**