IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ELENA DEL ROCIO SINCHE-ATARIGUANA,** | § § § | |
| Petitioner, | § § | EP-26-CV-00471-DB |
| v. | § § § | |
| **PAMELA BONDI**, *Attorney General, et al.*, | § § § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered the above-captioned case. On March 5, 2026, the parties filed a "Joint Advisory to the Court," ECF No. 8, wherein they advise that "[p]ursuant to the Court's Order (ECF No. 5), signed and entered on February 23, 2026, the Parties advise the Court that Petitioner has been released from custody after the bond decision. However, the Federal Respondents reserved their right to appeal the decision. Therefore, pending if an appeal is made, the parties may still have that issue with the court." *Id.*

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a status update as to whether any issues remain to be resolved in this case **no later than March 20, 2026.**

**SIGNED** this **6th** day of **March 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE