**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ELENA DEL ROCIO SINCHE-ATARIGUANA,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | **EP-26-CV-00471-DB** |
| v. | § | |
| | § | |
| **PAMELA BONDI**, *Attorney General,* | § | |
| *United States Department of Justice, et al.*, | § | |
| **Respondents.** | § | |

**<u>FINAL JUDGMENT</u>**

On this day, the Court considered the above-captioned case. On March 20, 2026, Respondents filed an "Advisory to the Court," ECF No. 10, advising they were unable to communicate with opposing counsel, but believe no matters remain to be resolved in this case. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **23rd** day of **March 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**